```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICAN and       No. 2:08-cv-02149-MCE-JFM
    CALIFORNIA DEPARTMENT OF
12  TOXIC SUBSTANCES CONTROL,
13            Plaintiffs,
14       v.                             RELATED CASE ORDER
15  NEWMONT CAPITAL LIMITED, and
    NEWMONT MINING CORPORATION OF
16  CANADA LIMITED,
17            Defendants.
    _____/
18
    UNITED STATES OF AMERICA, and       No. 2:08-cv-02556-LKK-DAD
19  CALIFORNIA DEPARTMENT OF
    TOXIC SUBSTANCES CONTROL,
20
              Plaintiffs,
21
         v.
22
    STERLING CENTRECORP, INC.,
23  STEPHEN P. ELDER, and ELDER
    DEVELOPMENT, INC.,
24
              Defendants.
25  _____/
26  ///
27  ///
28  ///
```

1

1    Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11   The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17   IT IS THEREFORE ORDERED that the action denominated 2:08-cv-
18 02556-LKK-DAD, <u>United States of America, and California
19 Department of Toxic Substances Control v. Sterling Centrecorp,
20 Inc., Stephen P. Elder and Elder Development, Inc</u>. is reassigned
21 to Judge Morrison C. England, Jr. and Magistrate John F. Moulds
22 for all further proceedings, and any dates currently set in this
23 reassigned case only is hereby VACATED.  The parties are referred
24 to the attached Order Requiring Joint Status Report.  Henceforth,
25 the caption on documents filed in the reassigned case shall be
26 shown as 2:08-cv-02556-MCE-JFM.
27 ///
28 ///

2

1   IT IS FURTHER ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of civil cases to
3  compensate for this reassignment.
4   IT IS SO ORDERED.

Dated: November 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3